```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 07541
   COLLEEN M BERGESON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-3985


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/27/06 and confirmed on 10/19/06.

    2.  The case was converted to Chapter 7 after confirmation, 11/12/2008.

    3.  The Debtor paid a total of $  19940.07 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| M & I MARSHALL & IISLEY | SECURED | .00 | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 9700.00 | 520.83 | 9700.00 |
| PORTFOLIO RECOVERY ASSOC | SECURED | 800.00 | 45.32 | 556.90 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9586.41 | .00 | 1595.48 |
| AMERICAN GENERAL FINANCE | UNSECURED | 915.86 | .00 | 152.43 |
| ASSOCIATED ANESTHESIOLOG | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10494.16 | .00 | 1746.55 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY ORTHOPEDICS | UNSECURED | 1180.71 | .00 | 196.49 |
| CREDITORS COLLECTION | UNSECURED | 1022.03 | .00 | 170.11 |
| B LINE LLC | UNSECURED | 3881.62 | .00 | 646.04 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET RADIOLOGICAL | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET WOMENS HEALTH CEN | UNSECURED | 632.40 | .00 | 105.25 |
| MEDICAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| MICHAEL GELBORT MD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 118.90 | .00 | 17.37 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 1510.31 | .00 | 251.38 |
| B LINE LLC | UNSECURED | 4593.39 | .00 | 764.47 |
| ARTHUR BERGESON | CHILD SUPPORT | NOT FILED | .00 | .00 |

```
CHRYSLER FINANCIAL SVC A UNSECURED         1156.42              .00        192.44
PORTFOLIO RECOVERY ASSOC UNSECURED         2180.53              .00        362.90
GE MONEY BANK            UNSECURED          186.92              .00         31.12
      Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 10500.00          .00     37459.66         .00      47959.66
PRINCIPAL PAID     10256.90          .00      6232.03         .00      16488.93
INTEREST PAID        566.15          .00           .00        .00        566.15
TOTAL PAID         10823.05          .00      6232.03         .00      17055.08
```

The Debtor's attorney, SCHOTTLER & ZUKOSKY          , was allowed $   2500.00
and was paid $     500.00  direct and $    2000.00   through the plan.

The Trustee received $     884.99 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/12/09                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE